# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

FILED
CLERKS OFFICE

GEORGE DOHERTY

**SUMMONS IN A CIVIL CASE**

V.

U.S. DISTRICT COURT
DISTRICT OF MASS

CITY OF EVERETT, et.al.

CASE NUMBER:

05 - 10405NMG

TO: (Name and address of Defendant)

MAYOR DAVID RAGUCCI
CITY HALL
484 BROADWAY
EVERETT, MA 02149

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PETER CHARLES HORSTMANN, ESQUIRE
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 BERKELEY STREET, 16th FLOOR
BOSTON, MA 02116

an answer to the complaint which is herewith served upon you, within ___20 Days___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   3-3-15

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | March 16, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Janet Lilly Garcia | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): __Mayor's secretary - Denise Ross___

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.- | TOTAL $45.- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/16/05__    __Janet Lilly Garcia__
              Date              Signature of Server

__PO Box 123, Ipswich, MA 01970__
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.