# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR

U.S. DISTRICT COURT
DISTRICT OF MASS

GEORGE DOHERTY

**SUMMONS IN A CIVIL CASE**

V.

CITY OF EVERETT, et.al.

CASE NUMBER:

**05-10405NMG**

TO: (Name and address of Defendant)

CITY OF EVERETT
CITY HALL
484 BROADWAY
EVERETT, MA 02149

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PETER CHARLES HORSTMANN, ESQUIRE
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 BERKELEY STREET, 16th FLOOR
BOSTON, MA 02116

an answer to the complaint which is herewith served upon you, within ___20 Days___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | March 16, 2005 |
| NAME OF SERVER (PRINT) Janet Luey Ballesta | TITLE | Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Assistant to Clerk - Annette DeLucia City Clerks Office

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $45.— | TOTAL $45.— |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 16, 2005     Janet Luey Ballesta
              Date                Signature of Server

PO Box 183, Westwood, MA 02090
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.