# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

GEORGE DOHERTY

V.

CITY OF EVERETT, et.al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

JOHN CRISTIANO
45 ELM STREET - EVERETT POLICE DEPARTMENT
EVERETT, MA 02149

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PETER CHARLES HORSTMANN, ESQUIRE
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 BERKELEY STREET, 16th FLOOR
BOSTON, MA 02116

an answer to the complaint which is herewith served upon you, within __20 Days__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  3-3-05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 16, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James Riley Baesta | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVED "IN HAND" PERSONALLY TO DEFENDANT LT. CRISTIANO, EVERETT POLICE DEPT.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | 45.— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 16, 2005   *James Riley Baesta*
             Date            Signature of Server

P. Box 123, Westport, MA 02790
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.