UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE DOHERTY<br><br>VS.<br><br>CITY OF EVEREET; MAYOR DAVID RAGUCCI; JAMES ROGERS, individually and in his capacity as Chief of Police in the City of Everett Police Department; JOHN CRISTIANO, individually and in his capacity as Lieutenant in the City of Everett Police Department; JOHN ELLSWORTH, individually and in his capacity as Officer in the City of Everett Police Department; MATTHEW CUNNINGHAM, individually and in his capacity as Officer in the City of Everett Police Department; ALFRED SABELLA, individually and in his capacity as Detective in the City of Everett Police Department; JOHN DOE, individually and in his capacity as Officer in the City of Everett Police Department | Civil Action No. 05-10405NMG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATED DISTRICT COURT:

Please enter my appearance as attorney for the Defendants, City of Everett; Mayor David Ragucci; James Rogers, individually and in his capacity as Chief of Police in the City of Everett Police Department; John Cristiano, individually and in his capacity as Lieutenant in the City of

Everett Police Department; John Ellsworth, individually and in his capacity as Officer in the City of Everett Police Department; Matthew Cunningham, individually and in his capacity as Officer in the City of Everett Police Department; Alfred Sabella, individually and in his capacity as Detective in the City of Everett Police Department; John Doe, individually and in his capacity as Officer in the City of Everett Police Department, in the above-entitled action.

By Their Attorney,

_____
Kenneth H. Naide (BBO #643213)
BONNER KIERNAN TREBACH &
CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED: March 31, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been mailed, this 31st day of March, 2005, to all counsel of record.

Peter Charles Horstmann, Esq.
Partride, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116

_____
Kenneth H. Naide