UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE DOHERTY )<br>)<br>VS. )<br>)<br>CITY OF EVEREET; MAYOR DAVID )<br>RAGUCCI; JAMES ROGERS, individually )<br>and in his capacity as Chief of Police in the )<br>City of Everett Police Department; )<br>JOHN CRISTIANO, individually and in his )<br>capacity as Lieutenant in the City of Everett Police )<br>Department; JOHN ELLSWORTH, individually )<br>and in his capacity as Officer in the City of Everett )<br>Police Department; MATTHEW CUNNINGHAM, )<br>individually and in his capacity as Officer in the )<br>City of Everett Police Department; )<br>ALFRED SABELLA, individually and in his )<br>capacity as Detective in the City of Everett )<br>Police Department; JOHN DOE, individually )<br>and in his capacity as Officer in the City of Everett )<br>Police Department )<br>) | Civil Action No. 05-10405NMG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATED DISTRICT COURT:

Please enter my appearance as attorney for the Defendants, City of Everett; Mayor David Ragucci; James Rogers, individually and in his capacity as Chief of Police in the City of Everett Police Department; John Cristiano, individually and in his capacity as Lieutenant in the City of

Everett Police Department; John Ellsworth, individually and in his capacity as Officer in the City of Everett Police Department; Matthew Cunningham, individually and in his capacity as Officer in the City of Everett Police Department; Alfred Sabella, individually and in his capacity as Detective in the City of Everett Police Department; John Doe, individually and in his capacity as Officer in the City of Everett Police Department, in the above-entitled action.

By Their Attorney,

*/s/ John A. Kiernan*

John A. Kiernan (BBO #271020)
BONNER KIERNAN TREBACH &
CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

DATED: March 31, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been mailed, this 31st day of March, 2005, to all counsel of record.

Peter Charles Horstmann, Esq.
Partride, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116

*John Kiernan*
John A. Kiernan