UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE DOHERTY,<br>    Plaintiff,<br><br>v.<br><br>CITY OF EVERETT; MAYOR DAVID RAGUCCI; JAMES ROGERS, individually and in his capacity as Chief of Police in the City of Everett Police Department; JOHN CRISTIANO, individually and in his capacity as Lieutenant in the City of Everett Police Department; JOHN ELLSWORTH, individually and in his capacity as Officer in the City of Everett Police Department; MATTHEW CUNNINGHAM, individually and in his capacity as Officer in the City of Everett Police Department; ALFRED SABELLA, individually and in his capacity as Detective in the City of Everett Police Department; JOHN DOE, individually and in his capacity as Officer in the City of Everett Police Department,<br>    Defendants. | Civil Action No. 05-10405NMG |

**JOINT STATEMENT PURSUANT TO RULE 16.1 AND RULE 26(f)**

NOW COME the Parties in the instant matter, through counsel, and respectfully submit the following Statement pursuant to Fed.R.Civ.P., Rules 16.1 and 26(f):

A.    DISCOVERY

    1.    <u>Initial Disclosures Pursuant to Rule 26(a)</u>

The Parties agree that Initial Disclosures pursuant to Rule 26(a) shall be due thirty (30) days from June 2, 2005.

    2.    <u>Discovery Deadline</u>

The Parties agree that the deadline for discovery will be six months from June 2, 2005.

3. <u>Dispositive Motions</u>

All dispositive motions shall be filed no later than seven months from June 2, 2005.

4. <u>Discovery Disputes</u>

The disclosure of police department personnel records for the Defendant Police Officers may be contentious as it relates to medical information and other information alleged to be privileged and/or protected.

5. <u>Trial by Magistrate-Judge</u>

The Plaintiff does not elect a trial by a Magistrate-Judge.

6. <u>Alternative Dispute Resolution</u>

The Parties have discussed the prospects of Alternative Dispute Resolution.

B. ADDITION OF PARTIES

The addition of parties is not anticipated at the present time.

C. SETTLEMENT

At the present time, limited settlement discussions have taken place. The Plaintiff has made a demand of $50,000.00 to settle all claims prior to the commencement of depositions.

Respectfully Submitted,

*[signature]*

Peter Charles Horstmann, Esquire
B.B.O. No. 566377
PARTRIDGE, ANKNER & HORSTMANN
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

ATTORNEY FOR PLAINTIFF DOHERTY

/s/ Kenneth H. Naide
Kenneth H. Naide, Esquire
BONNER KIERNAN TREBACH & CROCIATA
1 Liberty Square
Boston, MA 02109

ATTORNEY FOR DEFENDANTS