# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE DOHERTY<br><br>VS.<br><br>CITY OF EVERETT; MAYOR DAVID RAGUCCI; JAMES ROGERS, individually and in his capacity as Chief of Police in the City of Everett Police Department; JOHN CRISTIANO, individually and in his capacity as Lieutenant in the City of Everett Police Department; JOHN ELLSWORTH, individually and in his capacity as Officer in the City of Everett Police Department; MATTHEW CUNNINGHAM, individually and in his capacity as Officer in the City of Everett Police Department; ALFRED SABELLA, individually and in his capacity as Detective in the City of Everett Police Department; JOHN DOE, individually and in his capacity as Officer in the City of Everett Police Department | Civil Action No. 05-10405 NMG |

## CERTIFICATION UNDER RULE 16.1

I, Kenneth H. Naide, attorney for the defendants and Larry Daniels, Supervisor, Guaranty Fund Management Services, have conferred with a view of establishing a budget for the course of conducting this litigation and have considered the alternative dispute resolution program listed in Local Rule 16.4.

_____
Kenneth H. Naide (BBO#643213)
BONNER KIERNAN TREBACH
& CROCIATA
One Liberty Square
Boston, MA 02101
(617) 426-3900

_____
Larry Daniels
Guaranty Fund Management Services
One Bowdoin Square
Boston, MA 02114
(617) 227-7020

DATE: May 26, 2005