UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE DOHERTY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 05-10405NMG |
| v. | ) | |
| | ) | |
| CITY OF EVERETT, et.al. | ) | |
| | ) | |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(4)**

The undersigned hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: June 3, 2005

_____
George Doherty

Peter Charles Horstmann, Esquire
B.B.O. No. 566377
PARTRIDGE, ANKNER & HORSTMANN
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, Esquire, hereby certify that on this __ day of June, 2005, a copy of the foregoing CERTIFICATION was served electronically upon all counsel of record.

Peter Charles Horstmann, Esquire