## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GEORGE DOHERTY** ) | |
| ) | |
| **VS.** ) | **Civil Action No. 05-10405NMG** |
| ) | |
| **CITY OF EVEREET; MAYOR DAVID** ) | |
| **RAGUCCI; JAMES ROGERS, individually** ) | |
| **and in his capacity as Chief of Police in the** ) | |
| **City of Everett Police Department;** ) | |
| **JOHN CRISTIANO, individually and in his** ) | |
| **capacity as Lieutenant in the City of Everett Police** ) | |
| **Department; JOHN ELLSWORTH, individually** ) | |
| **and in his capacity as Officer in the City of Everett** ) | |
| **Police  Department; MATTHEW CUNNINGHAM,** ) | |
| **individually and in his capacity as Officer in the** ) | |
| **City of Everett Police Department;** ) | |
| **ALFRED SABELLA, individually and in his** ) | |
| **capacity as Detective in the City of Everett** ) | |
| **Police Department; JOHN DOE, individually** ) | |
| **and in his capacity as Officer in the City of Everett** ) | |
| **Police Department** ) | |

## DEFENDANTS, CITY OF EVERETT, ET AL.'S, MANDATORY
## DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a) AND LOCAL RULE 26.2

### (a)(1)(A)  Individuals With Discoverable Information

1. George Doherty, Plaintiff, Stoneham, Middlesex County, Massachusetts;

2. James Rogers, former Police Chief referenced in Paragraph 5 of the plaintiff's Complaint;

3. David Ragucci, Mayor of the City of Everett, City Hall, 484 Broadway, Everett, Massachusetts.

4. John Cristiano, City of Everett Police Officer,  45 Elm Street, Everett, Massachusetts;

5. John Ellsworth, City of Everett Police Officer, 45 Elm Street, Everett, Massachusetts;

6. Matthew Cunningham, City of Everett Police Officer, 45 Elm Street, Everett, Massachusetts;

7. Alfred Sabella, City of Everett Police Officer, 45 Elm Street, Everett, Massachusetts;

8. Stephen Mazzie, City of Everett Chief of Police, 45 Elm Street, Everett, Massachusetts;

9. Robert Dudley, referenced in Paragraph 15 of the plaintiff's Complaint;

10. Anthony Resca, referenced in Paragraph 15 of the plaintiff's Complaint;

11. All individuals identified in (a)(1)(B) documents below; and

12. Middlesex District Attorney's Office, 40 Thorndike Street, Cambridge, Massachusetts 02141, (617) 679-6500.

The defendants reserve the right to amend and supplement this list throughout the discovery period in this case.

### (a)(1)(B)  Documentation

A. *Commonwealth v. George Doherty*, Malden District Court Criminal Docket No. 0250CR000662; Application for Criminal Complaint and Criminal Complaint; and

B. City of Everett Police Department Reports and Documentation related to the arrest of George Doherty.

The defendants reserve the right to amend and supplement this list throughout the discovery period in this case.

### (a)(1)(C)  Computation of Damages

Not applicable to Defendants.

**(a)(1)(D)  Insurance Coverage**

The Defendant states that it will provide for inspection and copying as under Rule 34 the following insurance policies:

1      Legion Insurance Company                    GL21246751

The defendants reserve the right to amend and supplement this list throughout the discovery period in this case.

Defendants,
**City of Everett, Et al.**
By their Attorneys,

John A. Kiernan (BBO #271020)
Kenneth H. Naide (BBO #643213)
BONNER KIERNAN TREBACH &
CROCIATA
One Liberty Square, 6th Floor
Boston, MA 02109
(617) 426-3900

Dated:  June 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon the attorney of record for each other party by mail on June 29, 2005.

Peter Charles Horstmann, Esq.
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116

Kenneth H. Naide