UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                      )
GEORGE DOHERTY,                       )
       Plaintiff,                     )
                                      )
v.                                    )
                                      )
CITY OF EVERETT; MAYOR DAVID          )   Civil Action No. 05-10405NMG
RAGUCCI; JAMES ROGERS, individually and in )
his capacity as Chief of Police in the City of Everett )
Police Department; JOHN CRISTIANO,    )
individually and in his capacity as   )
Lieutenant in the City of Everett Police Department;)
JOHN ELLSWORTH, individually and in his )
capacity as Officer in the City of Everett Police )
Department; MATTHEW CUNNINGHAM,       )
individually and in his capacity as Officer in the )
City of Everett Police Department;    )
ALFRED SABELLA, individually and in his )
capacity as Detective in the City of Everett Police )
Department; JOHN DOE, individually and in )
his capacity as Officer in the City of Everett )
Police Department,                    )
       Defendants.                    )
_____)

**PLAINTIFF'S INITIAL DISCLOSURE STATEMENT
PURSUANT TO RULE 26(a)(1)**

NOW COMES the Plaintiff, George Doherty, and makes this initial disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, based on information currently available, and subject to supplementation based on discovery and further investigation.

A. **The name and, if known, the address and telephone number of each individual likely to have discoverable information relating to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.[1]**

    1. George Doherty

    2. Colleen Doherty

    3. City of Everett

    4. David Ragucci
       Mayor of Everett

    5. James Rogers
       Chief, Everett Police Department

    6. John Cristiano
       Lieutenant, Everett Police Department

    7. John Ellsworth
       Officer, Everett Police Department

    8. Matthew Cunningham
       Officer, Everett Police Department

    9. Alfred Sabella
       Detective, Everett Police Department

    10. Woodlawn Cemetery
        Everett, Massachusetts

---

[1] The addresses of all parties has been withheld in the event that the instant notice becomes part of a Court record.

**B.** **A copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.**

      1.    Records from the Everett Police Department (Already Provided)

      2.    Videotape from Woodlawn Cemetery (Already Provided)

      3.    Attorney's invoice from criminal case (To be Provided)

**C.** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

The damages in this case will be calculated based upon legal expenses and mental pain and suffering. These damages may be calculated by expert economic witnesses who will be identified along with the results of their calculations and methodology within the time frame contemplated by Local Rule 26.4. Damages will also include punitive damages under 42 U.S.C § 1983 and attorneys fees under 42 U.S.C § 1988.

D.  **For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not in the Plaintiff's possession.

>   Respectfully submitted,
>   GEORGE DOHERTY,
>   By his Attorney,
>
>   Peter Charles Horstmann, Esquire
>   B.B.O. No. 556377
>   Partridge, Ankner & Horstmann, LLP
>   200 Berkeley Street, 16th Floor
>   Boston, MA 02116
>   (617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, hereby certify that on this 30th day of June, 2005, a copy of the foregoing PLAINTIFF'S INITIAL DISCLOSURE STATEMENT PURSUANT TO RULE 26(a)(1) was served electronically upon Kenneth H. Naide, Esquire, Bonner Kiernan Trebach & Crociata, 1 Liberty Square, Boston, MA 02109.

>   Peter Charles Horstmann, Esquire