UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                            )
GEORGE DOHERTY,                             )
    Plaintiff,                              )
                                            )
v.                                          )
                                            )
CITY OF EVERETT; MAYOR DAVID                ) Civil Action No. 05-10405NMG
RAGUCCI; JAMES ROGERS, individually and in  )
his capacity as Chief of Police in the City of Everett )
Police Department; JOHN CRISTIANO,          )
individually and in his capacity as         )
Lieutenant in the City of Everett Police Department; )
JOHN ELLSWORTH, individually and in his     )
capacity as Officer in the City of Everett Police )
Department; MATTHEW CUNNINGHAM,             )
individually and in his capacity as Officer in the )
City of Everett Police Department;          )
ALFRED SABELLA, individually and in his     )
capacity as Detective in the City of Everett Police )
Department; JOHN DOE, individually and in   )
his capacity as Officer in the City of Everett )
Police Department,                          )
    Defendants.                             )
_____)

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

    NOW COME the Parties in the instant matter, through counsel, and respectfully move this Honorable Court to extend all Discovery Deadlines set forth in its Order dated June 2, 2005 by 60 days. In support thereof counsel states the following:

    1.    On or about June 2, 2005, this Court established a Discovery Schedule, which requires that written Discovery be completed by August 31, 2005, in addition to other deadlines.

    2.    The Parties have recently agreed to proceed to private mediation in this case and are in the process of selecting a mediator and a date.

3.    It is respectfully submitted that the foregoing establishes good cause for the extension of the Discovery Schedules for 60 days.

WHEREFORE based on the foregoing arguments and authorities this Honorable Court is respectfully urged to extend all Discovery Deadlines by 60 days.

Respectfully Submitted,

Peter Charles Horstmann, Esquire
B.B.O. No. 566377
PARTRIDGE, ANKNER & HORSTMANN
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

ATTORNEY FOR PLAINTIFF DOHERTY

/s/ Kenneth H. Naide_____
Kenneth H. Naide, Esquire
BONNER KIERNAN TREBACH & CROCIATA
1 Liberty Square
Boston, MA 02109

ATTORNEY FOR DEFENDANTS