UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

George Doherty,
       Plaintiff

v.                                                    Civil Action No. 05-10405-NMG

City of Everett, et al.,
       Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised by counsel on 10/4/2005 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz

10/4/05                                                   _____
  Date                                                     Craig J. Nicewicz
                                                           Deputy Clerk

Case 1:05-cv-10405-NMG    Document 21    Filed 10/04/2005    Page 2 of 2